PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Shawnell Gordon                               Cr.: 22-00255-001
                                                                                    PACTS #: 7407621

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/28/2023

Original Offense:   Count One:  Conspiracy to Distribute a Controlled Substance-Fentanyl, 21 US.C. 846
                    Count Two: Possession with Intent to Distribute Fentanyl, 21 U.S.C. 841(a)(1) and
                    (b)(1)(A)

Original Sentence: 1 Days imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Location Monitoring Program, Mental Health Treatment, Other Condition, Alcohol Restrictions, Alcohol Treatment

Type of Supervision: Supervised Release                         Date Supervision Commenced: 02/28/2023

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **While on supervised release, you must not commit another federal, state, or local crime.**<br><br>On March 9, 2023, Ms. Gordon was arrested by officers from the Paramus Police Department and charged with Theft. Specifically, Ms. Gordon is alleged to have been in possession of items from the Bath and Body Works totaling $344.35 without paying for these items. This is in violation of N.J.S. 2C:20-7A, a fourth-degree crime. |

Prob 12A – page 2
Shawnell Gordon

U.S. Probation Officer Action:

On March 10, 2023, Ms. Gordon reported to the Probation Office as directed. She was questioned regarding the above noted arrest. She stated that she was at the Garden State Mall with her two friends who were involved with the Theft. She denied being in possession of the stolen items but was charged along with them. On March 17, 2023, the Probation Office conducted a home visit and drug tested Ms. Gordon (results were negative). She has an appointment scheduled for March 22, 2023, at the New Jersey Re-entry Program.

The undersigned recommends a disposition of her pending case (guilty plea) before any further court action is taken.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

_____   03/22/2023
KEVIN M. VILLA           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)
☐ Submit a Request for Modifying the Conditions or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

3/22/23
Date